**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| SANDRA COOPER, IN HER OWN RIGHT, AND AS ADMINISTRATRIX OF THE ESTATE OF GENE M. COOPER, | : No. 645 MAL 2019 |
| Petitioner | : Petition for Allowance of Appeal : from the Order of the Superior Court |
| v. | : |
| ARMSTRONG WORLD INDUSTRIES, INC. & ALAN J. HAY, M.D. AND LANCASTER GENERAL OCCUPATIONAL MEDICINE, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.